# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D2025-2818
_____

R. B., Mother of W.S.B., a Minor
Child,

    Appellant,

    v.

DEPARTMENT OF CHILDREN AND
FAMILIES,

    Appellee.

_____

On appeal from the Circuit Court for Walton County.
Jeffrey Edward Lewis, Judge.

March 3, 2026

PER CURIAM.

    AFFIRMED.

ROBERTS, RAY, and TREADWELL, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Richard Dale Ogburn, Panama City, for Appellant.

Sarah Elisabeth Goldfarb, Statewide Director of Appeals, and Mercy Almaguer, Senior Attorney, Statewide Guardian ad Litem Office, Tallahassee; Andrew McGinley, General Counsel, Department of Children and Families, Tallahassee; Sarah J. Rumph, Children's Legal Services, Tallahassee, for Appellee.